JILBERT TAHMAZIAN; 143574
TAHMAZIAN LAW FIRM, PC
1518 West Glenoaks Blvd.,
Glendale, CA 91201
*Email: Jilbert@JilbertLaw.com*
Telephone No.: (818) 242-8201
Facsimile No.: (818) 242-8246

Attorney for Real Party in Interest
Allen Samvelian

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CR19-0339-SVW-1 |
| Plaintiff, | |
| | **REAL PARTY IN INTEREST, ALLEN SAMVELIAN'S POSITON RE: ORDER TO SHOW CAUSE** |
| vs. | |
| ARGISHTI KHUDAVERDYAN | **HEARING DATE: JANUARY 23RD, 2023** |
| Defendant. | **TIME: 11:00 AM** |

**TO THE ABOVE HONORABLE COURT, THE HONORABLE JUDGE STEPEHN VICTOR WILSON, AND ALL INTERESTED PARTIES HEREIN:**

Real Party in Interest, Allen Samvelian admits to recording part of the proceeding of Defendant Argishti Khudaverdyan's sentencing on November 28th, 2022 and wishes to proceed with the sanction portion on January 23rd, 2023.

- 1 -

## 1. INTRODUCTION

On November 28th, 2022 Allen Samvelian attended a hearing he believed was the sentencing of Defendant Khudaverdyan. The matter had been previously continued to the November date, further ensuring Mr. Samvelian's nephew would be sentenced on this date. During this proceeding it was discovered that Mr. Samvelian had been recording a portion of the proceeding on his phone. [Dkt. 250] The Honorable Judge Stephen Wilson issued an Order to Show Cause Why Allen Samvelian Should Not Be Found In Criminal Contempt on December 1st, 2022 and set the matter for a hearing on December 12th, 2022. Following this, Mr. Samvelian contacted this office and retained Counsel Tahmazian for the matter. On December 8th, 2022 this office submitted a notice of appearance and on December 12th, 2022 Counsel Tahmazian appeared before the Honorable Judge Wilson. The Honorable Judge Wilson ordered all parties and witnesses appear on January 23rd, 2023 and hold a hearing to determine if Mr. Samvelian had in fact violated the rules of this Court.

Mr. Samvelian has decided to admit to recording five minutes of the November 28th, 2022 hearing and submits this document in furtherance of this admission. Further Mr. Samvelian respectfully requests that this matter be resolved without the need for a factual finding on the contempt.

Mr. Allen Samvelian is an uncle to Defendant Khudaverdyan on his father's side. Following Defendant Khudaverdyan's arrest Mr. Samvelian became the surety for Defendant's bond so that Defendant Khudaverdyan could provide sufficient collateral for release pending the outcome of the underlying criminal matter. As a result of both his familial relationship and his financial interest in the matter Mr. Samvelian began to attend hearings throughout Mr. Khudaverdyan's criminal proceeding. Further, he would act as the liaison between the Defendant's maternal grandfather and

the status of the criminal proceedings. As the matter was submitted for sentencing it was difficult for Mr. Khudaverdyan's grandfather to understand what was going on and what would happen to his grandson. As a result this confusion, the Defendant Khudaverdyan's grandfather often felt that Mr. Samvelian and other family members was withholding information regarding the proceedings to assuage concerns and anxieties. Namely, Defendant Khudaverdyan's grandfather felt unsettled that his grandson would be sentenced to a term of imprisonment far longer than anticipated or more generally that something bad would happen. This placed great pressure on Mr. Samvelian and made him feel responsible for ensuring Defendant's grandfather was informed and reassured. Defendant's grandfather passed recently, however at the time of the sentencing his health was delicate, thus he was unable to attend hearings.

As a result of the unyielding tension from Mr. Khudaverdyan's grandfather, Mr. Samvelian made the misplaced decision to record what he believed was the sentencing hearing for Defendant Khudaverdyan's. His intentions were solely to offer the recording to the Khudaverdyan's grandfather—so they could hear the sentence being read out and be assured no one was withholding information from them.

Mr. Samvelian harbors great contrition for his actions and respectfully asks this Court for forgiveness. [Exhibit A] He has profound and unyielding respect for this Court, the Honorable Judge Stephen Wilson, and the judicial system. He clearly understands the potential consequences his conduct could have had on the sanctity of this institution and knows to never record a judicial hearing/matter again in any court of law. While his intentions were earnest, his conduct was unwise. The desire to provide Mr. Khudaverdyan's grandfather with information overwhelmed Mr.

- 3 -

Samvelian and in the midst of this distress Allen Samvelian failed to recall or heed to the instructions and rules of the Court. He is immensely apologetic for this and regrets his conduct.

Accordingly, given the above Mr. Samvelian respectfully asks that this Court accept his deepest apologies and forgive him. Mr. Samvelian also ask that the criminal sanctions imposed against him involve community service, and if a sentence of confinement must be imposed it be done through home detention and electronic monitoring.

In 2017, Defendant Samvelian underwent a quintuple bypass. Presently the Defendant takes a number of medications in order to maintain his heart health following this procedure and visits with his cardiologist approximately every three months[1]. Mr. Samvelian also suffers from type-two diabetes for which he takes Metormin. In 2019 Mr. Samvelian underwent knee surgery. All in all, his medical health is incredibly intricate and requires constant interest and attention. The imposition of a sentence requiring confinement could negatively and severely impact Mr. Samvelian. To that end, the imposition of community service in combination with a term of home confinement if necessary would best capture the nature of circumstances of the defendant's condition and his conduct here.

Respectfully submitted,

Dated: January 19th, 2023

_____
Jilbert Tahmazian
Counsel for Allen Samvelian

_____

[1] These medications include: **Rosuvastatin; Valsartan and Carvedilol.**