# EXHIBIT A

January 17th, 2023

To the Honorable Judge Stephen V. Wilson,

My name is Allen Samvelian. I would like to first and foremost apologize for my behavior in your courtroom. I am Argishti Khudaverdyan's uncle and I care deeply about my nephew. Throughout the proceedings I was the one who would talk to Argshiti's grandfather to explain to him what was going on. After a while his grandfather began to doubt what I was saying. He was very old and could not come to the hearings and I knew it was causing him stress. I was hoping to help make his grandfather feel better and I recorded what I thought was a sentencing hearing. Once I realized the sentencing would not happen, I stopped. I was so overwhelmed that day hoping to make his grandfather feel better I did not take total notice of my surroundings. I understand what I did was very wrong, and I am very remorseful of my behavior. I know never to do this again and I want to apologize to everyone for this problem I caused. I am so very sorry your Honor.

Allen Samvelian